IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                        4:04-CR-161 (2) JMM

KENNETH RICHARD JANES

ORDER

The above named defendant appeared before the Court this date for a hearing on the Motion to Withdraw Plea of Guilty. After witness testimony and arguments by counsel the Court determined the motion should be granted.

IT IS HEREBY ORDERED that the defendant's Motion to Withdraw Plea of Guilty[1] be, and it is hereby, granted. The plea of guilty to Count 1 of the Superseding Indictment heretofore entered on February 25, 2005 is hereby set aside.

IT IS FURTHER ORDERED that the dismissal of Counts 2, 3 and 4 of the Superseding Indictment be set aside.

Counts 1, 2, 3 and 4 of the Superseding Indictment are hereby reinstated as to Kenneth Richard Janes.

The trial of this matter will be scheduled for May 1, 2006.

Dated this 30th day of March, 2006.

UNITED STATES DISTRICT JUDGE

---

[1] Doc. #52